FILED IN OPEN COURT
ON 5/23/18 8:56T
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-35-5FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| KEVIN DWAYNE CARSWELL | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Kevin Dwayne Carswell, on December 14, 2017, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit, a Companhia Braziliera De Cartuchos (CBC) model 715T, 22 caliber rifle, serial number EMC3666347, and any and all related ammunition; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, that is, the defendant's guilty plea to an offense in violation of 21 U.S.C. § 846, and the defendant's agreement therein, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Kevin Dwayne Carswell, the United States is hereby authorized to seize the above-stated property, and it is hereby

1

forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 25co day of M̲c̲ , 2018.

LOUISE W. FLANAGAN
United States District Judge